IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROBERT BARROW, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-13-1436 |
| § | |
| WELLS FARGO BANK, N.A., § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

The defendant, Wells Fargo Bank, N.A., filed a motion for summary judgment. No response has been filed. Based on the motion, the accompanying brief and evidence, the pleadings on file, and the relevant authorities, the court issued a Memorandum and Opinion finding that Wells Fargo is entitled to summary judgment. In accordance with the reasons stated in the Memorandum and Opinion, this civil action filed by Robert Barrow is dismissed with prejudice. This is a final judgment.

SIGNED on January 27, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge